JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ARRONA, | Case No. |
| Plaintiff, | EDCV 15-00481 DDP (KKx) |
| v. | **ORDER OF DISMISSAL** |
| JOHN McMAHON; COUNTYOF SAN BERNARDINO; RICHARD BOSWELL; BRAD TOMS LT. , | |
| Defendants. | |

THE COURT grants the stipulation to dismiss,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The SCHEDULING CONFERENCE set for January 13, 2016, is vacated

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: December 29, 2015

DEAN D. PREGERSON
United States District Judge